**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7260**

HENDRIX Z. ZIKOMO

    Plaintiff - Appellant,

  v.

TEAL JOHNSON; COURTNEY REA; BRITTANY SCOTT; GREENVILLE COUNTY DETENTION CENTER; HENRY DARGAN MCMASTER; JAMES ELWOOD HUDSON,

    Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Donald C. Coggins, Jr., District Judge.  (6:22-cv-01471-DCC)

Submitted:  August 29, 2023       Decided:  August 31, 2023

Before KING, AGEE, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Hendrix Z. Zikomo, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hendrix Z. Zikomo appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Zikomo's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Zikomo v. Johnson*, No. 6:22-cv-01471-DCC (D.S.C. Oct. 7, 2022). We deny Zikomo's motion for summary judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*